Edwin D. Miner. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1140.

RICE et al. v. MINER. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Sam Rice and others against Edwin D. Miner. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 983; 152 N. Y. Supp. 1139.

RICH et al., Respondents, v. HOWARD, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Solomon Rich and another, copartners, etc., against Thomas Howard. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

RICHARDS, Appellant, v. RICHARDS, Respondent. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Florence Richards against George Richards. A. F. Driscoll, of New York City, for appellant. A. B. Smith, of New York City, for respondent. No opinion. Order affirmed. Order filed. See, also, 87 Misc. Rep. 134, 149 N. Y. Supp. 1028.

RICHMOND ASSETS COLLECTING CO., Respondent, v. GATES, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by the Richmond Assets Collecting Company against Dellora R. Gates, as executrix, etc., impleaded with others.

PER CURIAM. We think that the appellant, defending as the sole executrix of the will of her deceased husband, and who is without knowledge or information as to the allegations of the complaint, is entitled to the bill of particulars which she demanded. The order is reversed, with $10 costs and disbursements, and the motion is granted; plaintiff to have 30 days from the entry of the order on this appeal in which to serve a bill of particulars. See, also, 152 N. Y. Supp. 1140.

RICHMOND ASSETS COLLECTING CO., Appellant, v. GATES, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by the Richmond Assets Collecting Company against Dellora R. Gates, as executrix, etc., impleaded with others. No opinion. Motion for stay granted, without costs. See, also, 152 N. Y. Supp. 1140.

RICHMOND ASSETS COLLECTING CO., Appellant, v. GATES, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by the Richmond Assets Collecting Company against Dellora R. Gates, as executrix, etc., impleaded with Charles W. Morse and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1140.

RICHMOND, W. & C. RY. CO., Respondent, v. NORTHERN NECK CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by the Richmond, Washington & Chesapeake Railway Company against the Northern Neck Construction Company. H. S. Hooker, of New York City, for appellant. J. B. Doyle, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

RIVIERA REALTY CO., Appellant, v. ILLINOIS SURETY CO., Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Riviera Realty Company against the Illinois Surety Company. S. Kohn, of New York City, for appellant. L. L. Kellogg, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 165 App. Div. 114, 150 N. Y. Supp. 616.

R. J. HORNER & CO., Respondents, v. LAWRENCE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by R. J. Horner & Co. against William B. Lawrence and others. J. J. Curtin, of New York City, for appellants. R. L. Redfield, of New York City, for respondents. No opinion. Judgment (86 Misc. Rep. 95, 149 N. Y. Supp. 82) affirmed, with costs, with leave to defendants to amend answer on payment of costs. Order filed.

In re ROBITSCHER. (Supreme Court, Appellate Division, First Department. April 30, 1915.) In the matter of Frederick Robitscher, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROCK ISLAND BUTTER CO., Respondent, v. ROWLAND, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by the Rock Island Butter Company against James Rowland. D. McCurdy, of New York City, for appellant. F. C. Pitcher, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 153 App. Div. 898, 138 N. Y. Supp. 1139; 157 App. Div. 919, 142 N. Y. Supp. 1142.

ROESSLE et al. v. HALSEY. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Nelly T. Roessle and others against Edwin B. Halsey. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ROOT v. PULITZER et al. (two cases). (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by W. Russell Root against Walter Pulitzer and others. No opinion. Motions to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed. See, also, 151 N. Y. Supp. 1142.